UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT
| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) NO. 2-17-CR-111 |
| v. | ) |
| | ) (18 U.S.C. § 175b(c)) |
| BETTY MILLER | ) |

## SUPERSEDING INFORMATION

The U.S. Attorney charges:

### COUNT 1

From in or about October 2017 through in or about November 27, 2017, in the District of Vermont, the defendant BETTY MILLER knowingly possessed a toxin, to wit: ricin, being a select agent, without obtaining registration required by regulations under section 351A(c) of the Public Health Service Act.

(18 U.S.C. §175b(c))

*Christina E. Nolan by EAPC*
CHRISTINA E. NOLAN (EAPC)
United States Attorney
Burlington, Vermont
May 16, 2018